**No. 60697.**—Trans World Shipping Corp. *v.* United States, protest 278301–K (New York).

Opinion by Johnson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.